*Jones*
Assigned Judge

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

SEP 0 1 2022

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

__JOSHUA GALLIMORE__          __1171344__
Plaintiff full name                                    Inmate No.

v.                    CIVIL ACTION NO. __722CV00515__

__MR. HAPPY SMITH, S. YATES, MS., ET. AL.__
Defendant(s) full name(s)

*********************************************************************

A. Current facility and address: __POCAHONTAS STATE CORRECTIONAL CENTER__

__P.O. BOX 518, POCAHONTAS, VIRGINIA 24635.__

B. Where did this action take place? __POCAHONTAS STATE CORRECTIONAL CENTER.__

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes      ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes      ✗ No

1. If your answer is Yes, indicate the result:

__UNFOUNDED ON 08/28/2020 & 10/06/2020.__

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

THE DEFENDANT(S) JOINTLY/SEVERELY HAS VIOLATED THE DEFENDANT(S) ADMINISTRATIVE PROCEDURES BY DEPRIVING THE PLAINTIFFS 8TH AMENDMENT U.S.C.A. GUARANTEE BY NOT PROVIDING PLAINTIFF ADEQUATE MEDICAL HEALTHCARE FOR PLAINTIFFS CHRONIC HEPETITIS C.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

DEFENDANTS JOINTLY/SEVEREDLY HAS BEEN Negligence TO PLAINTIFFS SERIOUS MEDICAL NEEDS, BY LEAVING PLAINTIFF IN PAIN FROM HIS LIVER CAUSED FROM HEPETITIS C., VIOLATING PLAINTIFFS 8TH & 14TH AMENDMENT RIGHTS UNDER U.S.C.A.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$150,000 USD, PERMANANT INJUNCTION, MEDICAL TRANSFER.

G. If this case goes to trial do you request a trial by jury?   Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: AUG. 15TH 2022.   SIGNATURE: _____

VERIFICATION:
I, ___JOSHUA GALLIMORE___, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: AUG. 15TH 2022.   SIGNATURE: _____

Joshua W. Gallimore
Pocahontas State Prison
P.O. Box 518
Pocahontas, VA
24635

7017 2620



UNITED

WESTERN

OFFIC

210, FR

ROA



Send CERTIFIED
With Postage plz.

VADOC neither censored nor inspected this item and assumes no responsibility for its content

US POSTAGE ᴵᴹ PITNEY BOWES
ZIP 24635  $ 005.92⁰
02 4W
0000367624 AUG. 30. 2022

STATES DISTRICT COURT

DISTRICT OF VIRGINIA

E OF THE CLERK

NKLIN ROAD, SW SUITE 540

JOKE, VA 24011