# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JOSHUA GALLIMORE,** | ) |
| | ) |
| Plaintiff, | )  Case No. 7:22CV00515 |
| | ) |
| v. | )  **ORDER** |
| | ) |
| **HAPPY SMITH, ET AL.,** | )  JUDGE JAMES P. JONES |
| | ) |
| Defendants. | ) |

*Joshua Gallimore, Pro Se Plaintiff; Laura L. Miller, Lynne J. Blain, and Leanna C. Minix,* HARMAN CLAYTOR CORRIGAN & WELLMAN, *Richmond, Virginia, for Defendants Happy Smith, S. Yates, and E. Harold; Margaret H. O'Shea,* OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, *Richmond, Virginia for Defendants D. Lee, Carl Manis, Harold Clarke, and James Parks.*

The plaintiff, Joshua Gallimore, a Virginia inmate proceeding pro se, brought this civil rights action under 42 U.S.C. § 1983, alleging that various prison officials ignored his requests for medical care for Hepatitis C. After review of the record, pursuant to Rule 16(a)(5) of the Federal Rules of Civil Procedure, it is **ORDERED** that this case is REFERRED to the Honorable Honorable Pamela Meade Sargent, United States Magistrate Judge, for the purpose of mediation. The parties are advised that any information provided during the proceeding shall be treated confidentially in accordance with Local Civil Rule 83(e).

The Clerk is directed to send copies of this order to Gallimore, counsel for defendants, and the Honorable Pamela Meade Sargent, United States Magistrate Judge.

    ENTER: May 23, 2023

    /s/ JAMES P. JONES
    Senior United States District Judge