6-2-23

7:22CV515

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
JUN 20 2023   for Rnke
LAURA A. AUSTIN, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

Judge James P. Jones
Western Region

Ms. Mary Bauer
Executive Director ACLU

Ms. Kristen Clarke
ASST US Attorney General

Mr. Steve H
Health Manager VADOC

RE: Joshua Gallimore   1171344
Keen Mountain Inmate

Dear Officials:

Please be informed I have enclosed a letter from the inmate referenced above. He says that he is a victim of mistreatment on two levels.

The first is the Food that Keen Mountain Serves. He says that the food is spoiled and this is supposed to be the Religious Diet. Also Lunch may not be served until Dinner time and the Kitchen may not send enough Trays to the Building for every inmate. Inmate says he is currently undergoing treatment for Cancer, so nutrition is very essential.

Inmate Gallimore says Officer responded to the Civil Suit he filed by taking his TV and claim it was altered. He included the receipt for the TV and says the Property Manager is lying.

Keen Mountain must have a new Warden and some new staff because I have received several letters from different inmates about the Mistreatment. In the last 10 years they have not reported many problems. Now it seems as though the Mistreatment has become normal.

I think the US Justice Department needs to investigate the facility. As a matter of fact I believe the whole VADOC needs an undercover Sting Investigation of all of its MAJOR Facilities. If the facility houses any inmates on Level 4 they need to be investigated, especially if the majority of staff are white Officers and the majority of Inmates are nonwhite. Institutions in the Western Region like Red Onion, Wallens Ridge, River North, and Keen Mountain. Then we move on down to Sussex 1 it needs to be investigated.

The FBI is good at putting together a sting operation when it wants to catch someone dealing Drugs. I am sure the Corrections Department can use such an Operation that will work in Medical and Food Service, while also investigating the administration starting with the Warden, Major, Captain,

Sergeant and especially the Lieutenants. There are 30 some facilities operating in Virginia, with at least One Major Private institution known as Lawrenceville. From what I understand Lawrenceville is a major site for Corruption when it comes to dealing drugs, etc.

Peace

Shaheed Omar   Executive Director
ALL NMATES LIVES MATTER, INC

recieved
May 31, 2023

All Inmates Life Matter.

My Name is Joshua Gallimore
I'm Currently at Keen Mountain Prison.
I'm Writing you about the food here they are serving us spoiled dish's on the Religous diets and Rotten fruit It's daily Issues with all the Trays, Meals some days we don't even get our lunch until dinner If the kitchen don't serve the Correct ammount of Trays.
I'm Currently under going Treatment for Cancer so Nutrition is a major element in healthy life. This place really needs looked into in alot of areas other than the food service. Also I have a 1983 Claim in against the Medical us Case # 7:22:CV00515 out of Retaliation for filing law Suites the property officer took my TV said It was Altered, However it was Not! I have the recept as I've Attached a copy of that recept.
This place Just does whatever they want to you, and they cover it up. I've started the Administrational process about these two Issues but I need outside help as Well A Voice that's going to be heard So any help you can help me with I greatly appreciate it. I get out this year and I'm a NRV Native from The Christiansburg Va. Thank you.
Respectfully Joshua Gallimore.

Page 1 of 1      02/26/2021 12:32 PM

**KEEFE COMMISSARY NETWORK**
P.O BOX 17490, St Louis, MO 63178-7490
300 for VIRGINIA DOC POCAHONTAS CORR

Name: GALLIMORE, JOSHUA W
ID: 1171344    DOB:
Acct #: 18944                       Order #: 17157692
CPR #: 100031465            Order Date: 02/23/2021
Block: B-2    Tier:    Cell: -229-


17157692-100031465

| Bay-Seq | Qty | UOM | Description | Alias | T | Price |
|---|---|---|---|---|---|---|
| SA1 | | | | | | |
| L100-3930 | 1 | EA | AMPD_TV W/SPEAKER_13 | 7018 | I | 219.84 |

Total Pick Qty 1              SubTotal: 219.84
Total Weight 4.4 Lbs       Tax: 0.00
                                      Total: 219.84

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed:_____ Date:_____

Witnessed By:_____ Date:_____

*Loaner coAx cAble must order within 30 days*


**All Inmates Lives Matter**

ALL INMATES LIVES MATTER, INC.

---

**Reintegration Supportive Services...**

As a resource and referral hub, AILM provide information on other established organizations that can assist those re-integrating into free Society after incarceration. Resources we provide information on include those that assist with Housing, Transportation and basic human needs such as food, clothing and anti criminal influences. In addition we provide referrals for those who have experienced domestic violence, substance abuse, drug dealing, sex and gambling addictions. We strongly focus on Social Skills that relate to Job Readiness and Employment Retention.

---

Shaheed Omar
Executive Director

Phone:
540 309 2473

Email:
shaheedomar69@yahoo.com

Address:
927 Wasena Ave. SW Suite 2
Roanoke, VA 24015

ALL INMATES LIVES MATTER, INC.

---

**Projects...**

**Reintegration Supportive Services...**

We offer individual and group Counselling Sessions for those re-integrating into free society after incarceration. Counseling Sessions are facilitated by a qualified professional with a Masters Degree in Criminal Justice and/or Professional Peer Support Providers. Counseling Sessions are held on site and at other available Re-Entry Program locations.

Participants attend one individual and one group session per week or when necessitated by circumstances and Sessions are held no longer then one hour or when time is necessitated by circumstances. They are focused on developing healthy family relationships, decreasing the likeness of returning to prison while adjusting in free society.

Additional referrals to Mental Health Services are made as needed. Our Services are offered free or otherwise dictated by Policy related to Funding.

## Support Our Inmates...

All inmates lives matter, inc. is a 501c 3 nonprofit corporation with a mission to change the living conditions of inmates that are being abused and assist their families as much as possible. This will be done by the following:

- Reintegration and supportive services
- Resource and referrals
- Advocacy



## Nurses Are Not Providing Medical Assistance For Inmates After Inmates Are Physically Attacked By Co's

## Correctional Officers are abusing inmates by:

- Unnecessary Cell Extractions and destruction of inmates property
- Physically attacking inmates while dressed in military gear
- not allowing inmates to file Grievances
- Sexual abuse while conducting so called body searches
- Not giving them their meals
- Not giving them shower time but false paper work indicating they did
- Not giving them recreation time but false paper work indicating they did
- 5 Point restraints
- unnecessary k 9 attacks
- Solitary Confinement called administrative segregation
- Hiring gang members to attack inmates filing Grievances
- Laughing at mentally ill inmates behavior and suicide attempts

## Advocacy...

Our advocacy services revolve around various prison issues which our clients want resolved in specific manner. Regardless of what the prison problem might be, our inmate advocates take a standardized approach. We start by speaking with the client and their family to understand the issue, what led to the issue, and what resolution our clients would prefer. During this phase we also obtain any necessary background documentation to round-out our understanding of the issue and for use in our advocacy.